**Lent Christopher CARR, II, Plaintiff–Appellant,**

v.

**PITT GREENVILLE ADULT PROBATION OFFICE OF NORTH CAROLINA; Lisa Fornes; Mike Williams, Elvy Forrest, Defendants–Appellees,**

**and**

**City of Greenville; Pitt County; Pitt County Sheriff Department; Nancy Jenkins, Mayor; Billy Vandiford, Former Sheriff; John Doe, I; John Doe, II; John Doe, III; John Doe, IV, Deputy; John Doe, V; John Doe, VI; John Doe, VII; Bill Sirginson, in their individual and official capacities, Defendants.**

**No. 02–6344.**

United States Court of Appeals, Fourth Circuit.

Submitted April 18, 2002.

Decided April 30, 2002.

Lent Christopher Carr, II, Appellant Pro Se.

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Lent Christopher Carr, II, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Carr v. City of Greenville,* No. CA–01–338–5–H (E.D.N.C. Jan. 28, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*